IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| DEBORAH S. BARNEY § | |
| § | |
| Plaintiff § | FILED |
| § | MAR 2 7 2012 |
| v. § | CLERK, U.S. DISTRICT COURT |
| § | WESTERN DISTRICT OF TEXAS |
| HILL COUNTRY SHOOTING SPORTS § | BY_____ |
| CENTER, INC. and § | DEPUTY CLERK |
| JACK N. BURCH II § | No. SA-11-CA-268 |
| § | |
| Defendants § | |

### VERDICT ON SPECIAL INTERROGATORIES

We, the jury, unanimously answer the special interrogatories submitted by the Court as follows:

### Interrogatory No. One

Do you find from a preponderance of the evidence that Plaintiff Deborah Barney was employed by Hill Country Shooting Sports Center or Jack N. Burch II or both?

Please answer "Yes" or "No" as to each Defendant.

We answer:

Hill Country Shooting Sports Center, Inc. __Yes__

Jack N. Burch II __No__

If you have answered "Yes" as to either Defendant, then answer Interrogatory Nos. 2 and 3. If you answered "No" as to both

Defendants, do not answer further interrogatories.

### Interrogatory No. Two

Do you find from a preponderance of the evidence that Plaintiff Deborah Barney was engaged in commerce?

Please answer "Yes" or "No."

We answer: _Yes_

### Interrogatory No. Three

Do you find from a preponderance of the evidence that Hill Country Sports Center was an enterprise engaged in commerce?

Please answer "Yes" or "No."

We answer: _Yes_

If you have answered "Yes" to either Interrogatory No. Two or Three, then answer Interrogatory No. Four. If you answered "No" to both Interrogatory Nos. Two and Three, do not answer further interrogatories.

### Interrogatory No. Four

Do you find from a preponderance of the evidence that Plaintiff Deborah Barney performed work in excess of 40 hours per week?

2

Please answer "Yes" or "No."

We answer: ___Yes___

If you have answered "Yes" to Interrogatory No. Four, then answer Interrogatory No. Five. If you answered "No" to Interrogatory No. Four, do not answer further interrogatories.

### Interrogatory No. Five

Do you find from a preponderance of the evidence that the Defendants failed to pay Plaintiff Deborah Barney at the overtime rate for work she performed in excess of 40 hours per week?

Please answer "Yes" or "No."

We answer: ___Yes___

If you have answered "Yes" to Interrogatory No. Five, then answer Interrogatory No. Six.

### Interrogatory No. Six

Do you find from a preponderance of the evidence that the Defendants' conduct was wilful? Please answer "Yes" or "No."

We answer: ___Yes___

If you have answered "No" to Interrogatory No. Six, then answer Interrogatory No. Seven. If you have answered "Yes," then answer Interrogatory No. Eight.

3

### Interrogatory No. Seven

What amount of money, if any, do you find from a preponderance of the evidence is the difference between wages due and wages actually paid to Plaintiff Deborah Barney for the period April 5, 2009, through July 31, 2010?

Please answer in dollars and cents or "None."

We answer:	$ _____

### Interrogatory No. Eight

What amount of money, if any, do you find from a preponderance of the evidence is the difference between the wages due and the wages actually paid to Plaintiff Deborah Barney for the period April 5, 2008, through July 31, 2010?

Please answer in dollars and cents or "None."

We answer:	$ 29,500

3/27/2012
Date

_____
Foreperson