| 4/10/2012 | Gaul and Dumont | |
|---|---|---|
| 7:49 PM | Slip Listing | Page    1 |

## Selection Criteria

| Slip.Classification | Open |
|---|---|
| Clie.Selection | Include: Barney |
| Slip.Transaction Typ | 1 - 1 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | User<br>Activity<br>Client<br>Reference | | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|---|
| 27533<br>3/4/2011<br>WIP<br>Initial Consultation | TIME | | Gaul<br>Miscellaneous<br>Barney | | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 100.00 |
| 24941<br>3/8/2011<br>Billed<br>Reviewed fax | TIME<br>G:16001 | 4/14/2011 | Gaul<br>Review<br>Barney | | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |
| 24947<br>3/9/2011<br>Billed<br>Telephone call with client | TIME<br>G:16001 | 4/14/2011 | Gaul<br>Phone call<br>Barney | | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |
| 24960<br>3/16/2011<br>Billed<br>Drafted Complaint for Federal Court | TIME<br>G:16001 | 4/14/2011 | Gaul<br>Miscellaneous<br>Barney | | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 100.00 |
| 24975<br>3/17/2011<br>Billed<br>Drafted Complaint for Federal Court | TIME<br>G:16001 | 4/14/2011 | Gaul<br>Miscellaneous<br>Barney | | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 100.00 |
| 24981<br>3/18/2011<br>Billed<br>Finalized Complaint to Federal Court; emailed to client | TIME<br>G:16001 | 4/14/2011 | Gaul<br>Miscellaneous<br>Barney | | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 60.00 |
| 24991<br>3/21/2011<br>Billed<br>Reviewed email (3-19-11); responded; reviewed email (3-21-11) | TIME<br>G:16001 | 4/14/2011 | Gaul<br>Review<br>Barney | | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |
| 24992<br>3/22/2011<br>Billed<br>Telephone call with client | TIME<br>G:16001 | 4/14/2011 | Gaul<br>Phone call<br>Barney | | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |

4/10/2012  
7:49 PM

Gaul and Dumont  
Slip Listing

Page     2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | User<br>Activity<br>Client<br>Reference | | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|---|
| 25024<br>3/30/2011<br>Billed<br>Reviewed email | TIME<br><br>G:16001 | <br><br>4/14/2011 | Gaul<br>Review<br>Barney | | 0.00<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 0.00 |
| 25033<br>3/31/2011<br>Billed<br>Received contract and check | TIME<br><br>G:16001 | <br><br>4/14/2011 | Gaul<br>Received<br>Barney | | 0.00<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 0.00 |
| 25046<br>4/4/2011<br>Billed<br>Prepared Complaint for filing, civil cover sheet, and summons | TIME<br><br>G:16001 | <br><br>4/14/2011 | Gaul<br>Miscellaneous<br>Barney | | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 100.00 |
| 25047<br>4/5/2011<br>Billed<br>Filed lawsuit; TWC hearing | TIME<br><br>G:16001 | <br><br>4/14/2011 | Gaul<br>File<br>Barney | | 2.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 440.00 |
| 25054<br>4/6/2011<br>Billed<br>Reviewed emails | TIME<br><br>G:16001 | <br><br>4/14/2011 | Gaul<br>Review<br>Barney | | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |
| 25063<br>4/7/2011<br>Billed<br>Prepared documents to serve lawsuit on Defendants | TIME<br><br>G:16001 | <br><br>4/14/2011 | Gaul<br>Miscellaneous<br>Barney | | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 60.00 |
| 25068<br>4/11/2011<br>Billed<br>Reviewed TWC Decision | TIME<br><br>G:16001 | <br><br>4/14/2011 | Gaul<br>Review<br>Barney | | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 40.00 |
| 25071<br>4/12/2011<br>Billed<br>Telephone call with client; reviewed email | TIME<br><br>G:16001 | <br><br>4/14/2011 | Gaul<br>Phone call<br>Barney | | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 40.00 |
| 25327<br>4/26/2011<br>Billed<br>Reviewed email; research; responded | TIME<br><br>G:16049 | <br><br>5/10/2011 | Gaul<br>Review<br>Barney | | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 100.00 |
| 25333<br>4/28/2011<br>Billed<br>Telephone call with client; faxed letter to TWC | TIME<br><br>G:16049 | <br><br>5/10/2011 | Gaul<br>Phone call<br>Barney | | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |

| 4/10/2012 | | Gaul and Dumont | | |
|---|---|---|---|---|
| 7:49 PM | | Slip Listing | | Page    3 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 25453<br>5/16/2011<br>Billed<br>Reviewed letter from TWC | TIME<br>G:16081 | 6/13/2011 | Gaul<br>Review<br>Barney | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |
| 25533<br>6/1/2011<br>Billed<br>Reviewed email from Court with Order to Transfer case to another Judge | TIME<br>G:16081 | 6/13/2011 | Gaul<br>Review<br>Barney | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |
| 25726<br>7/6/2011<br>Billed<br>Checked on service; prepared email to client | TIME<br>G:16125 | 7/22/2011 | Gaul<br>Miscellaneous<br>Barney | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 40.00 |
| 25728<br>7/7/2011<br>Billed<br>Reviewed email; responded | TIME<br>G:16125 | 7/22/2011 | Gaul<br>Review<br>Barney | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 40.00 |
| 26016<br>7/26/2011<br>Billed<br>Serviced lawsuit; reviewed email; responded | TIME<br>G:16208 | 8/29/2011 | Gaul<br>Miscellaneous<br>Barney | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 100.00 |
| 26022<br>7/27/2011<br>Billed<br>Reviewed email | TIME<br>G:16208 | 8/29/2011 | Gaul<br>Review<br>Barney | 0.00<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 0.00 |
| 26034<br>8/1/2011<br>Billed<br>Filed summons with Court; email to client | TIME<br>G:16208 | 8/29/2011 | Gaul<br>Miscellaneous<br>Barney | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 100.00 |
| 26042<br>8/2/2011<br>Billed<br>Reviewed email | TIME<br>G:16208 | 8/29/2011 | Gaul<br>Review<br>Barney | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |
| 26073<br>8/12/2011<br>Billed<br>Reviewed TWC Decision | TIME<br>G:16208 | 8/29/2011 | Gaul<br>Review<br>Barney | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 40.00 |
| 26082<br>8/15/2011<br>Billed<br>Reviewed email; responded | TIME<br>G:16208 | 8/29/2011 | Gaul<br>Review<br>Barney | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |

| 4/10/2012 | | Gaul and Dumont | | | |
|---|---|---|---|---|---|
| 7:49 PM | | Slip Listing | | Page | 4 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 26107<br>8/24/2011<br>Billed<br>Reviewed answer and email; telephone call with client; responded to email | TIME<br>G:16208 | 8/29/2011 | Gaul<br>Review<br>Barney | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 60.00 |
| 26270<br>8/30/2011<br>Billed<br>Reviewed email from Court with Scheduling Order; copy to client | TIME<br>G:16226 | 9/30/2011 | Gaul<br>Review<br>Barney | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 40.00 |
| 26274<br>8/31/2011<br>Billed<br>Reviewed email; responded | TIME<br>G:16226 | 9/30/2011 | Gaul<br>Review<br>Barney | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |
| 26328<br>9/19/2011<br>Billed<br>Telephone call with client; reviewed lawsuit (state); prepared and mailed answer | TIME<br>G:16226 | 9/30/2011 | Gaul<br>Phone call<br>Barney | 1.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 300.00 |
| 26383<br>9/29/2011<br>Billed<br>Telephone call with client; email to Wolfe | TIME<br>G:16226 | 9/30/2011 | Gaul<br>Phone call<br>Barney | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 40.00 |
| 26450<br>10/6/2011<br>Billed<br>Reviewed Complaint regarding amending, supplementing, and joining deadline from Scheduling Order | TIME<br>G:16262 | 10/21/2011 | Gaul<br>Review<br>Barney | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |
| 26452<br>10/7/2011<br>Billed<br>Reviewed email | TIME<br>G:16262 | 10/21/2011 | Gaul<br>Review<br>Barney | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |
| 26461<br>10/10/2011<br>Billed<br>Telephone calls with Wolfe and client; reviewed Answer filed by TWC; copy to client | TIME<br>G:16262 | 10/21/2011 | Gaul<br>Phone call<br>Barney | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 60.00 |
| 26608<br>10/26/2011<br>Billed<br>Prepared ADR Report; email to Evans | TIME<br>G:16290 | 11/23/2011 | Gaul<br>Miscellaneous<br>Barney | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 100.00 |

| 4/10/2012 | | Gaul and Dumont | | | |
| --- | --- | --- | --- | --- | --- |
| 7:49 PM | | Slip Listing | | Page | 5 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
| --- | --- | --- | --- | --- | --- | --- |
| 26614<br>10/28/2011<br>Billed<br>Filed ADR Report | TIME<br>G:16290 | 11/23/2011 | Gaul<br>Miscellaneous<br>Barney | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 60.00 |
| 26854<br>12/13/2011<br>Billed<br>Prepared discovery to Defendants | TIME<br>G:16325 | 12/19/2011 | Gaul<br>Miscellaneous<br>Barney | 1.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 300.00 |
| 26856<br>12/14/2011<br>Billed<br>Finalized and mailed discovery to Defendants | TIME<br>G:16325 | 12/19/2011 | Gaul<br>Miscellaneous<br>Barney | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 40.00 |
| 27108<br>1/30/2012<br>Billed<br>Reviewed emails and telephone message; responded | TIME<br>G:16352 | 2/11/2012 | Gaul<br>Review<br>Barney | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |
| 27116<br>1/31/2012<br>Billed<br>Reviewed email; responded; sent emails | TIME<br>G:16352 | 2/11/2012 | Gaul<br>Review<br>Barney | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 40.00 |
| 27142<br>2/8/2012<br>Billed<br>Prepared email to client | TIME<br>G:16352 | 2/11/2012 | Gaul<br>email<br>Barney | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |
| 27143<br>2/9/2012<br>Billed<br>Reviewed emails; responded; telephone calls with client; filed motion for summary judgment with Court | TIME<br>G:16352 | 2/11/2012 | Gaul<br>Review<br>Barney | 4.00<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 800.00 |
| 27306<br>2/17/2012<br>Billed<br>Reviewed email; responded | TIME<br>G:16384 | 3/11/2012 | Gaul<br>Review<br>Barney | 0.10<br>0.00<br>0.10<br>0.00 | 200.00<br>T@1 | 20.00 |
| 27314<br>2/18/2012<br>Billed<br>Reviewed emails; responded | TIME<br>G:16384 | 3/11/2012 | Gaul<br>Review<br>Barney | 0.20<br>0.00<br>0.20<br>0.00 | 200.00<br>T@1 | 40.00 |
| 27342<br>2/27/2012<br>Billed<br>Telephone call with AG Laurie; telephone message | TIME<br>G:16384 | 3/11/2012 | Gaul<br>Phone call<br>Barney | 0.20<br>0.00<br>0.20<br>0.00 | 200.00<br>T@1 | 40.00 |

| 4/10/2012 | | Gaul and Dumont | | | |
| 7:49 PM | | Slip Listing | | Page | 6 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| | to Evans; telephone call with Evans; email to client; telephone call with client | | | |
| 27356          TIME<br>2/28/2012<br>Billed          G:16384          3/11/2012 | Gaul<br>Phone call<br>Barney | 0.30<br>0.00<br>0.30<br>0.00 | 200.00<br>T@1 | 60.00 |
| Telephone calls with client and AG Laurie; reviewed email; responded | | | | |
| 27363          TIME<br>3/1/2012<br>Billed          G:16384          3/11/2012 | Gaul<br>Review<br>Barney | 0.10<br>0.00<br>0.10<br>0.00 | 200.00<br>T@1 | 20.00 |
| Reviewed emails; responded; faxed discovery | | | | |
| 27368          TIME<br>3/2/2012<br>Billed          G:16384          3/11/2012 | Gaul<br>Review<br>Barney | 0.20<br>0.00<br>0.20<br>0.00 | 200.00<br>T@1 | 40.00 |
| Reviewed emails and telephone message; telephone call with client | | | | |
| 27370          TIME<br>3/5/2012<br>Billed          G:16384          3/11/2012 | Gaul<br>Miscellaneous<br>Barney | 0.20<br>0.00<br>0.20<br>0.00 | 200.00<br>T@1 | 40.00 |
| Emailed order to client; reviewed email; responded | | | | |
| 27397          TIME<br>3/9/2012<br>Billed          G:16384          3/11/2012 | Gaul<br>Phone call<br>Barney | 0.10<br>0.00<br>0.10<br>0.00 | 200.00<br>T@1 | 20.00 |
| Telephone call with client; responded to emails | | | | |
| 27444          TIME<br>3/11/2012<br>WIP | Gaul<br>Review<br>Barney | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| Reviewed emails; responded | | | | |
| 27445          TIME<br>3/12/2012<br>WIP | Gaul<br>Miscellaneous<br>Barney | 4.00<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 800.00 |
| Prepared prehearing submissions | | | | |
| 27446          TIME<br>3/14/2012<br>WIP | Gaul<br>Review<br>Barney | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 100.00 |
| Reviewed emails; responded | | | | |
| 27447          TIME<br>3/15/2012<br>WIP | Gaul<br>Review<br>Barney | 1.00<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 200.00 |
| Reviewed emails; telephone call with client; prepared letters with subpoenas | | | | |

| 4/10/2012 | | Gaul and Dumont | | | |
| 7:49 PM | | Slip Listing | | Page | 7 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 27448<br>3/16/2012<br>WIP<br>Reviewed emails; responded | TIME | Gaul<br>Review<br>Barney | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 27449<br>3/20/2012<br>WIP<br>Reviewed emails and returned letters; telephone<br>call with client; sent out new letters and subpoenas | TIME | Gaul<br>Review<br>Barney | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 60.00 |
| 27450<br>3/21/2012<br>WIP<br>Meeting with client | TIME | Gaul<br>Meeting<br>Barney | 3.00<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 600.00 |
| 27451<br>3/22/2012<br>WIP<br>Prepared for trial | TIME | Gaul<br>Miscellaneous<br>Barney | 2.70<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 540.00 |
| 27452<br>3/23/2012<br>WIP<br>Prepared for trial | TIME | Gaul<br>Miscellaneous<br>Barney | 2.60<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 520.00 |
| 27453<br>3/26/2012<br>WIP<br>Prepared for trial; trial | TIME | Gaul<br>Miscellaneous<br>Barney | 8.50<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 1700.00 |
| 27454<br>3/27/2012<br>WIP<br>Trial | TIME | Gaul<br>Miscellaneous<br>Barney | 6.50<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 1300.00 |
| 27455<br>3/28/2012<br>WIP<br>Reviewed emails from Court; research | TIME | Gaul<br>Review<br>Barney | 1.00<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 200.00 |
| 27515<br>4/3/2012<br>WIP<br>Prepared motion for liquidated damages | TIME | Gaul<br>Miscellaneous<br>Barney | 2.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 500.00 |
| 27534<br>4/10/2012<br>WIP<br>Prepared motion for attorney's fees | TIME | Gaul<br>Miscellaneous<br>Barney | 2.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 500.00 |

4/10/2012  
7:49 PM

Gaul and Dumont  
Slip Listing

Page       8

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Grand Total | | | | |
| | Billable<br>Unbillable<br>Total | 54.70<br>0.00<br>54.70 | | 10940.00<br>0.00<br>10940.00 |