IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| DEBORAH S. BARNEY<br><br>           Plaintiff<br><br>v.<br><br>HILL COUNTRY SHOOTING SPORTS<br>CENTER, INC. and<br>JACK N. BURCH II<br><br>           Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§   No. SA-11-CA-268<br>§<br>§<br>§<br>§<br>§ |

## JUDGMENT

On March 26, 2012, came on for trial the above-styled and numbered cause. The Plaintiff appeared in person and by her through her counsel of record; Defendant Jack N. Burch II appeared in person and by and through his counsel of record; and Defendant Hill Country Shooting Sports Center, Inc. appeared by and through its counsel of record. A jury was duly impaneled and sworn, and the Plaintiff proceeded to present her evidence. When the Plaintiff rested her case in chief, the Defendants moved for judgment as a matter of law. The Court denied the motion, and the Defendants proceeded to present their evidence. After the close of all the evidence, the arguments of counsel, and the charge of the Court, the jury retired to deliberate. On March 27, 2012, the jury returned a unanimous verdict, answering the special interrogatories (1) in favor of the Plaintiff with respect to her claims against Defendant Hill Country Shooting Sports Center, Inc., and (2) in favor of Defendant Jack N. Burch II with respect to all claims

asserted against him individually. The Court received the verdict of the jury and ordered it filed. After the verdict was received and the jury discharged, Plaintiff Barney filed post-verdict motions pursuant to 29 U.S.C. § 216(b) for liquidated damages, attorney's fees, and costs. Those motions were granted, and the Court now enters Judgment in accordance with the verdict of the jury and the rulings of the Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Judgment be, and it is hereby, ENTERED in favor of Defendant Jack N. Burch II, and that the Plaintiff take nothing by her suit against Defendant Jack N. Burch II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Deborah S. Barney do have and recover of and from Defendant Hill Country Shooting Sports Center, Inc., the sum of Twenty-Nine Thousand Five Hundred Dollars ($29,500.00) in compensatory damages, together with pre-judgment interest at the legal rate from August 1, 2010, until the date of judgment, and post-judgment interest on the total sum at the rate of 0.18% per annum from the date of judgment until paid, for all which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Deborah S. Barney do have and recover of and from Defendant Hill Country Shooting Sports Center, Inc. the sum of Twenty-Nine Thousand Five Hundred Dollars ($29,500.00) in liquidated damages, with post-judgment interest thereon at the rate of 0.18% per annum

from the date of Judgment until paid, for all which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Deborah S. Barney do have and recover of and from Defendant Hill Country Shooting Sports Center, Inc. her reasonable attorney's fees in the amount of Ten Thousand Nine Hundred Forty Dollars ($10,940.00) plus costs in the amount of Five Hundred Fifty Dollars and 52 Cents ($550.52), for all which let execution issue.

SIGNED AND ENTERED this 23d day of April, 2012.

_____
HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE